UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 416-181 |
| ABIGAIL M. HUGHES ) | |
| ) | |
| Defendant ) | |

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
4-20-2018
Deputy Clerk

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant **ABIGAIL M. HUGHES** without prejudice.

SO ORDERED, this 20th day of April, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA